```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 40176
    LATOYA R LAKTZIAN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7125


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/28/2004 and was confirmed 12/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
TRIAD FINANCIAL             SECURED           13960.00       4675.01       7196.04
TRIAD FINANCIAL CORP        SPECIAL CLASS       506.00           .00           .00
AAA CHECKMATE               UNSECURED          1027.27           .00           .00
AMERICAN GENERAL FINANCE    UNSECURED         NOT FILED          .00           .00
AT & T THRIFTY BUSINESS     UNSECURED         NOT FILED          .00           .00
PORTFOLIO ACQUISITIONS      UNSECURED          1072.12           .00           .00
CITY OF CHICAGO PARKING     UNSECURED           800.00           .00           .00
COMCAST                     UNSECURED         NOT FILED          .00           .00
COMMONWEALTH EDISON         UNSECURED         NOT FILED          .00           .00
COMMONWEALTH EDISON         NOTICE ONLY      NOT FILED          .00           .00
GART SPORT                  UNSECURED         NOT FILED          .00           .00
GREATER CHICAGO FINANCE     UNSECURED         NOT FILED          .00           .00
ILLINOIS DEPT PUBLIC AID    UNSECURED          1004.00           .00           .00
LAKELAWN RESORT             UNSECURED         NOT FILED          .00           .00
MIDWAY SQUARE DENTAL        UNSECURED         NOT FILED          .00           .00
TELECOM USA                 UNSECURED         NOT FILED          .00           .00
TELECOM USA                 NOTICE ONLY      NOT FILED          .00           .00
TELECOM USA                 NOTICE ONLY      NOT FILED          .00           .00
UNITED STATES DEPARTMENT    UNSECURED         NOT FILED          .00           .00
WAL MART STORES INC         UNSECURED         NOT FILED          .00           .00
WALMART                     NOTICE ONLY      NOT FILED          .00           .00
BROTHER LOAN & FINANCE      UNSECURED           737.00           .00           .00
AMERICASH LOANS             UNSECURED          2757.15           .00           .00
PORTFOLIO ACQUISITIONS      UNSECURED           690.30           .00           .00
ZALUTSKY & PINSKI LTD       DEBTOR ATTY       2,694.00                     2,694.00
TOM VAUGHN                  TRUSTEE                                          798.96
DEBTOR REFUND               REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40176 LATOYA R LAKTZIAN
```

```
TRUSTEE                                    15,364.01

PRIORITY                                                        .00
SECURED                                                    7,196.04
    INTEREST                                              4,675.01
UNSECURED                                                       .00
ADMINISTRATIVE                                            2,694.00
TRUSTEE COMPENSATION                                        798.96
DEBTOR REFUND                                                   .00
                                   ----------------  ----------------
TOTALS                                     15,364.01       15,364.01
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 12/27/07                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 40176 LATOYA R LAKTZIAN